WILLIAM BROWER, SHERIFF, V. FOLKERT FASS.

FILED MARCH 21, 1900.   No. 11,071.

Rule Two: PRINTED ABSTRACT: FAILURE TO FILE BRIEF: AFFIRMANCE
OF JUDGMENT.   Where, in a cause submitted under rule 2 upon a
printed abstract of the record, neither party files briefs, the
judgment will be affirmed.

ERROR to the district court for Otoe county.   Tried
below before RAMSEY, J.   *Affirmed.*

*John P. Maule* and *Ames & Ames,* for plaintiff in error.

*John C. Watson, John V. Morgan* and *Frank P. Ireland,*
*contra,*

NORVAL, C. J.

This cause was submitted under rule 2 upon a printed abstract of the record. Neither party has filed briefs, and for this reason the judgment must be

AFFIRMED.